**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2049**

CHARMAINE DENISE JACKSON,

             Plaintiff - Appellant,

        v.

AMERICAN  HEALTHWAYS  GOVERNMENT  SERVICES,  INC.;  AMERICAN
HEALTHWAY SERVICES, INC.,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland,  at  Greenbelt.    Peter  J.  Messitte,  Senior  District
Judge.  (8:07-cv-03244-PJM)

Submitted:  January 19, 2010          Decided:  January 26, 2010

Before NIEMEYER, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charmaine  Denise  Jackson,  Appellant  Pro  Se.    Peter  Woodward
Sheehan,  Melissa  Menkel  Shorey,  WHITEFORD,  TAYLOR  &  PRESTON,
LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charmaine Denise Jackson appeals the district court's orders granting Appellees' motion for summary judgment and denying Appellant's motions for counsel and to reopen discovery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jackson v. Am. Healthways Gov't Servs., Inc., No. 8:07-cv-03244-PJM (D. Md. Aug. 12, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED